# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Stephanie Lara Sibley, an individual; David Amarillas-Uribe, an individual,<br><br>    Plaintiffs<br><br>v.<br><br>Allstate Insurance Company; et al.,<br><br>    Defendants | Case No.: 2:21-cv-00185-JAD-VCF<br><br>**Remand Order**<br><br>[ECF Nos. 8] |

Stephanie Lara Sibley and David Amarillas-Uribe filed this insurance-coverage action based entirely on state-law claims in Nevada State Court. Citing diversity and removal jurisdiction, Defendant Allstate Insurance Company removed this case to this court.[1] Plaintiff moves to remand based on an inability to demonstrate that the plaintiffs' claims meet the amount-in-controversy threshold for federal jurisdiction.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiffs' Motion to Remand **[ECF No. 8] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 28, Case No. A-20-823001-C,** and CLOSE THIS CASE.

- Plaintiffs' request for an award of fees and costs for improper removal [ECF No. 8 at 7] is DENIED.

---

[1] ECF No. 1.
[2] ECF No. 8.

- The pending motions to compel and for sanctions **[ECF Nos. 11, 16] are DENIED** as moot and without prejudice to their refiling in state court.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 15, 2021